United States District Court
Southern District of Texas
**ENTERED**
August 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BERNARD GARRETT and WILLIE PRATT, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-15-2375 |
| § | |
| CITY OF HOUSTON, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

On August 3, 2016, the court heard oral argument on the City of Houston's motion for summary judgment, (Docket Entry No. 29). For the reasons stated on the record, the City of Houston's motion is granted. This action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 4, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge